IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| HENRY CLIFFORD BYRD, SR., | ) | Case No. 4:06CV00053 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| W. DAVID LLOYD, in his individual and official capacity, as an attorney of W. DAVID FLOYD LAW FIRM, sole proprietorship; and W. DAVID LLOYD LAW FIRM then doing business at 101 S. Elm Street, Greensboro, North Carolina, | ) ) ) ) ) ) ) | By: Jackson L. Kiser Senior United States District Judge |
| Defendants. | | |

Before me now is the Defendants' Motion to Dismiss. For the reasons set forth in the accompanying Memorandum Opinion, the Defendants' Motion is **GRANTED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 21st day of November, 2006.

                                          s/Jackson L. Kiser
                                          Senior United States District Judge